■ BIJOU TRAINOR, as Coadministratrix of the Estate of AIMEE HENRIQUES, Deceased, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ KATHLEEN BRODERICK, Appellant, v. STATE OF NEW YORK, Respondent. EDWARD F. BRODERICK, SR., Appellant, v. STATE OF NEW YORK, Respondent. EDWARD F. BRODERICK, JR., by His Guardian ad Litem, Appellant, v. STATE OF NEW YORK, Respondent. MAUREEN BRODERICK, by Her Guardian ad Litem, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BORIS SCHNEEBERG, on Behalf of COLIN WOOD, Appellant, against THOMAS J. HANLON, as Superintendent of Institution for Male Defectives, at Napanoch, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOSEPH DIAZ, Respondent, against CHILDREN'S WORLD THEATRE COMPANY, Appellant, and STATE INSURANCE FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, with $10 costs, upon the ground that the order sought to be appealed from is not appealable. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ DOUGLAS J. MAHAR, as Commissioner of Public Welfare of Schoharie County, Respondent, v. MICHAEL SROUR, Appellant.— Motion to dismiss appeal granted, without costs, unless defendant-appellant perfects appeal, files note of issue, and files and serves record and brief on or before May 19, 1959 and is ready for argument at the June Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD DUPREE, Petitioner, against WALTER C. JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Application for leave to prosecute appeal as a poor person and for an extension of time within which to perfect appeal and for the assignment of counsel. Application in all respects denied, on the ground that no appeal is presently pending. Present — Foster, P. J., Bergan, Coon, Herlihy and Reynolds, JJ.

■ ITHACA GUN CO. INC., Respondent, v. A. W. SERIO TOOL CO., INC., Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before May 19, 1959 and is ready for argument at the June Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT THOMAS SMITH, Appellant, against WALTER C. JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Application for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of record and five typewritten copies of the brief, provided an appeal has been timely taken. Application in all other respects denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.